IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-490-AP**

IN RE:

**M. JULIA HOOK**
**DAVID L. SMITH,**

      Debtors.

**PHASE ONE LANDSCAPES, INC.**,

      Plaintiff,

v.

**M. JULIA HOOK**
**DAVID L. SMITH,,**

      Defendant.

## ORDER

Kane, J.

Defendant's Emergency Motion for Continuation of Automatic Stay (doc. #11), filed April 19, 2007, is DENIED as is the request for an expedited hearing.

A hearing on this court's Order to Show Cause is set for May 16, 2007, commencing at 9:00 a.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated this 27th day of April, 2007.

                                                BY THE COURT:

                                                ***S/John L. Kane***
                                                Senior Judge, United States District Court