IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00490-MSK

In re:

M. JULIA HOOK,
DAVID L. SMITH,

    Debtors,

PHASE ONE LANDSCAPES, INC.,

    Plaintiff,

v.

M. JULIA HOOK, and
DAVID L. SMITH,

    Defendants.
_____

**ORDER OF RECUSAL**
_____

    THIS MATTER is before the Court *sua sponte*. I am an active member of the United States District Court for the District of Colorado, which is named as a party in Civil Action 07-cv-00631-MSK. Accordingly, my impartiality might reasonably be questioned, and the appearance of impropriety may very well exists, warranting the *sua sponte* recusal pursuant to 28 U.S.C. § 455(a)[1] and Canon 3C(1) of the Code of conduct for United States Judges, 175 F.R.D. 364, 368 (1998).

    **IT IS THEREFORE ORDERED** that:

---

[1] The standard for impartiality under 28 U.S.C. § 455(a) is an objective one, requiring recusal only "if a reasonable person, knowing all of the facts, would harbor doubts about the judge's impartiality." *United States v. Cooley*, 1 F.3d 985, 993 (10th Cir. 1993) (citations omitted).

1. The undersigned district judge recuses hereafter in this case; and

2. That this case shall be reassigned as provided by D.C.COLO.LCivR 40.1.

DATED this 25th day of January, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge