IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Bruce S. Jenkins

RECEIVED
JUN 0 9 2008
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

Civil Action No. 07-cv-00490-BSJ

In RE:

M. JULIA HOOK,
DAVID L. SMITH,

    Debtors.

PHASE ONE LANDSCAPES, INC.,

    Plaintiff-Appellee,

v.

M. JULIA HOOK,
DAVID L. SMITH,

    Defendants-Appellants.

## ORDER OF DISMISSAL

This matter, having come before the Court upon the Stipulation of Dismissal, and the Court being duly apprised of the premises,

**IT IS ORDERED** that:

1. Appellants Notice of Appeal, this appeal, and each and every claim for relief contained therein, against Appellee Phase One is hereby dismissed.

2. Each party is to pay its and his/her own attorney's fees, costs and expenses.

ENTERED this 9th day of June, 2008.

BY THE COURT:

_/s/ Bruce S. Jenkins_
Senior Judge Bruce S. Jenkins

613098-1